McMahon C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **9/12/16**

JOSE DEL-ORDEN,

        Plaintiff,

    -against-

PAPA JOHN'S USA, INC.,

        Defendant.

Case No. 1:16-cv-03283-CM

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff Jose Del-Orden and Defendant Papa John's USA, Inc., by and through their respective counsel of record herein, hereby stipulate pursuant to Fed. R. Civ. P. 41 that:

    1.    The parties, having completed a settlement of this matter, agree and request that the Court order the DISMISSAL of this action with prejudice, with the Court retaining jurisdiction over the parties and the action for the limited and sole purpose of, and for only the time period required for, enforcement of the parties' settlement.

    2.    Each party shall bear his or its own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted,

C.K. Lee, Esq. (CL 4086)
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
Fax: 212-465-1181

*Attorneys for Plaintiff*

Christina M. Schmid, Esq.
Ogletree, Deakins, Nash, Smoak
 & Stewart, P.C.
1745 Broadway, 22nd Floor
New York, NY 10019
Tel.: (212) 492-2500

*Attorneys for Defendant*

**SO ORDERED:**

_____
**U.S.D.J.**
9/12/2016